

**GRANTED**

The moving party is hereby ORDERED to provide a copy of this Order to any pro se parties who have entered an appearance in this action within 10 days from the date of this order.

*Richard B. Caschette*

**Richard B. Caschette**
**District Court Judge**
DATE OF ORDER INDICATED ON ATTACHMENT

**EFILED Document**
**CO Douglas County District Court 18th JD**
**Filing Date: Jan 24 2012  2:13PM MST**
**Filing ID: 42102610**
**Review Clerk: N/A**

| | |
|---|---|
| **DISTRICT COURT, DOUGLAS COUNTY, COLORADO**<br>Address:  Douglas County Justice Center<br>            4000 Justice Way<br>            Castle Rock, Colorado 80109<br><br>**Plaintiff:** **COLORADO CAPITAL BANK,** a Colorado Banking corporation,<br><br>v.<br><br>**Defendant:** **RESORTBANC FINANCIAL, INC.**, a Colorado corporation. | ▲COURT USE ONLY▲<br><br>Case Number:  2011CV842<br><br>Division: 3 |
| **ORDER GRANTING UNOPPOSED MOTION FOR SUBSTITUTION OF FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER** | |

Having considered the Unopposed Motion for Substitution of Federal Deposit Insurance Corporation as Receiver, made pursuant to C.R.C.P. 25, the Court hereby GRANTS the Motion. Federal Deposit Insurance Corporation as Receiver of the assets and property of Colorado Capital Bank is hereby substituted in this action for Plaintiff Colorado Capital Bank.  The parties are hereby directed to modify the caption of the case, as provided above.

SO ORDERED this _____ day of January, 2012

**BY THE COURT:**

_____
Hon. Richard B. Caschette
District Court Judge

This document constitutes a ruling of the court and should be treated as such.

|  |  |
|---:|:---|
| **Court:** | CO Douglas County District Court 18th JD |
| **Judge:** | Richard B Caschette |
| **Current Date:** | Jan 24, 2012 |
| **Case Number:** | 2011CV842 |
| **Case Name:** | COLORADO CAPITAL BANK vs. RESORTBANC FINANCIAL INC |
| **Court Authorizer:** | Richard B Caschette |

**/s/ Judge Richard B Caschette**