IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00243-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION,
Receiver for Colorado Capital Bank,

Plaintiff(s),

v.

RESORTBANC FINANCIAL, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Unopposed Motion for Protective Order (docket no. 20) is GRANTED finding good cause shown.  The written Stipulation and Protective Order (docket no. 20-1) is APPROVED as amended in paragraphs 11 and 14 and made an Order of Court.

Date:  June 1, 2012