IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00243-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION,
Receiver for Colorado Capital Bank,

Plaintiff,

v.

RESORTBANC FINANCIAL, INC., a Colorado corporation,
RANDALL GARMAN, an individual domiciled in Colorado, and
SCOTT HOVEY, an individual domiciled in Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Join Additional Defendants and for Leave to Amend Complaint (Docket No. 24) is GRANTED.  The court notes that defendants' response (Docket No. 29) withdraws defendants' objections to plaintiff's motion.  It is ORDERED that Randall Garman and Scott Hovey may be joined as defendants.  It is further ORDERED that the Amended Complaint for Declaratory Judgment and Damages attached as Exhibit 1 to plaintiff's motion is accepted as having been filed with the court.

Date: September 5, 2012