IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-00243-WJM-MJW

FEDERAL DEPOSIT INSURANCE CORPORATION,
Receiver for Colorado Capital Bank,

Plaintiff,

v.

RESORTBANC FINANCIAL, INC., a Colorado corporation,
RANDALL GARMAN, an individual domiciled in Colorado, and
SCOTT HOVEY, an individual domiciled in Colorado,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Stipulated Motion to Stay Proceedings Pending Fulfillment of Settlement Obligations (Docket No. 33) is GRANTED.  This matter is ordered STAYED through and including May 2, 2013.  The parties are further ORDERED to submit dismissal papers on or before May 15, 2013.  The Final Pretrial Conference set for March 14, 2013 at 9:30 a.m. is VACATED.

Date: January 8, 2013